IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRAYLING LACEY,

        Petitioner,                    No. CIV S-09-0485 DAD P

   vs.

B. CURRY,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Therein, he challenges the Board of Parole Hearings' 2006 decision to deny him parole. Petitioner has also filed a request to proceed in forma pauperis.

        If a petition for writ of habeas corpus is directed to the manner in which a sentence is being executed, the district of confinement is the preferable forum. Petitioner is currently, and was at the time of the filing of his petition, confined at Correctional Training Facility in Monterey County. Monterey County is in an area covered by the United States District Court for the Northern District of California.

/////

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Northern District of California.

DATED: March 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lace0485.108a